IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALEX GUILLERMO SANCHEZ,

        Plaintiff,

v.                           No. CV 18-989 CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

        Defendant.

### ORDER GRANTING APPLICATION TO PROCEED
### IN FORMA PAUPERIS AND DIRECTING SERVICE

**THIS MATTER** is before the Court upon Plaintiff's *Motion to Proceed In Forma Pauperis With Financial Affidavit Pursuant to 28 U.S.C. § 1915*, (Doc. 2), filed October 23, 2018. The Court, having considered the Motion, finds that it is well-taken and should be **GRANTED**.

      **IT IS HEREBY ORDERED** that this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefore, pursuant to 28 U.S.C. § 1915.

      **IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel, in accordance with Fed. R. Civ. P. 4(c)(3).

                                  _____
                                    THE HONORABLE CARMEN E. GARZA
                                    CHIEF UNITED STATES CHIEF MAGISTRATE JUDGE