**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ALEX G. SANCHEZ,

       Plaintiff,

v.                                 No. CV 18-989-CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

       Defendant.

**ORDER AWARDING ATTORNEY FEES PURSUANT TO**
**THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

**THIS MATTER** is before the Court on the parties' *Unopposed Motion for Attorney Fees*, (Doc. 22), filed October 03, 2019, in which the parties agree to an award of $5,250.00 in attorney fees.

**IT IS THEREFORE ORDERED** that Plaintiff be awarded $5,250.00 in attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). *See Astrue v. Ratliff*, 560 U.S. 586, 591-93 (2010) (providing EAJA fees are paid to the prevailing party, not the attorney).

**IT IS FURTHER ORDERED** that if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b), Section 206(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE